

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00282-CV

| | | |
|---|---|---|
| LELAND PENNINGTON, INC., Appellant | § | On Appeal from the 442nd District Court |
| | § | of Denton County (18-3441-442) |
| V. | § | March 4, 2021 |
| BRANDON BULLS AND CASEY WEAVER, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Leland Pennington, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack